```
                                          FILED
                             CLERK, U.S. DISTRICT COURT

                                  MAR - 3 2008

                             CENTRAL DISTRICT OF CALIFORNIA
                             BY                       DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE L. OLIPHANT, | ) | NO. SACV 05-720-JVS(CT) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| K. MENDOZA-POWERS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: _____3. 3. 08_____

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE